1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Ann T. Wick
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**JUN 0 6 2023**

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

7
8

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

9  UNITED STATES OF AMERICA,

10                    Plaintiff,

11
12           v.

13  RICK LYNN JOHNSON,

14                    Defendant.

15
16
17
18
19
20
21

2:23-CR-64-TOR

INDICTMENT

18 U.S.C. § 2252A(a)(2)(A), (b)(1)
Receipt of Child Pornography
(Count 1)

18 U.S.C. § 2252A(a)(2)(A), (b)(1)
Distribution of Child Pornography
(Count 2)

18 U.S.C. § 2252A(a)(5)(B), (b)(2)
Possession of Child Pornography
(Count 3)

18 U.S.C. § 2253
Forfeiture Allegations

22     The Grand Jury charges:

23                    COUNT 1

24     Beginning on or about May 30, 2021, and continuing through on or about

25  June 16, 2022, in the Eastern District of Washington, the Defendant, RICK LYNN

26  JOHNSON, did knowingly receive child pornography, as defined in 18 U.S.C.

27  § 2256(8)(A), the production of which involved the use of minors engaging in

28  sexually explicit conduct, and which visual depictions were of such conduct, that

INDICTMENT - 1

1   had been mailed, and shipped and transported using any means and facility of

2   interstate and foreign commerce and in and affecting interstate and foreign

3   commerce by any means, including by computer, and that was produced using

4   materials that had been mailed, and shipped and transported in and affecting

5   interstate and foreign commerce by any means, including by computer, to wit:

6   visual depictions of minors engaging in sexually explicit conduct, including, but

7   not limited to, the lascivious exhibition of their genitals and pubic areas, in

8   violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

9                                   COUNT 2

10          Beginning on or about May 30, 2021, and continuing through on or about

11   June 16, 2022, in the Eastern District of Washington, the Defendant, RICK LYNN

12   JOHNSON, did knowingly distribute child pornography, as defined in 18 U.S.C.

13   § 2256(8)(A), the production of which involved the use of minors engaging in

14   sexually explicit conduct, and which visual depictions were of such conduct, that

15   had been mailed, and shipped and transported using any means and facility of

16   interstate and foreign commerce and in and affecting interstate and foreign

17   commerce by any means, including by computer, and that was produced using

18   materials that had been mailed, and shipped and transported in and affecting

19   interstate and foreign commerce by any means, including by computer, to wit:

20   visual depictions of minors engaging in sexually explicit conduct, including, but

21   not limited to, the lascivious exhibition of their genitals and pubic areas, in

22   violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

23                                   COUNT 3

24          On or about November 9, 2022, in the Eastern District of Washington, the

25   Defendant, RICK LYNN JOHNSON, did knowingly possess material which

26   contained one or more visual depictions of child pornography, as defined in 18

27   U.S.C. § 2256(8)(A), the production of which involved the use of minors engaging

28   in sexually explicit conduct, and which visual depictions were of such conduct,

INDICTMENT - 2

1 │ that had been mailed, and shipped and transported using any means and facility of

2 │ interstate and foreign commerce and in and affecting interstate and foreign

3 │ commerce by any means, including by computer, and that was produced using

4 │ materials that had been mailed, and shipped and transported in and affecting

5 │ interstate and foreign commerce by any means, including by computer, to wit:

6 │ visual depictions of minors, including prepubescent minors and minors who had

7 │ not attained 12 years of age, engaging in sexually explicit conduct, all in violation

8 │ of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

9 │ NOTICE OF FORFEITURE ALLEGATIONS

10 │      The allegations contained in this Indictment are hereby realleged and

11 │ incorporated by reference for the purpose of alleging forfeitures.

12 │      Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of

13 │ 18 U.S.C. § 2252A(a)(2), (b)(1), and/or 18 U.S.C. § 2252A(a)(5)(B), (b)(2), as

14 │ alleged in Counts 1, 2, and/or 3 of this Indictment, the Defendant, RICK LYNN

15 │ JOHNSON, shall forfeit to the United States any visual depiction described in

16 │ section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book,

17 │ magazine, periodical, film, videotape, or other matter which contains any such

18 │ visual depiction, which was produced, transported, mailed, shipped or received in

19 │ violation of this chapter; any property, real or personal, constituting or traceable to

20 │ gross profits or other proceeds obtained from such offenses; and, any property, real

21 │ or personal, used or intended to be used to commit or to promote the commission

22 │ of such offenses, or any property traceable to such property, including, but not

23 │ limited to, the following:

24 │     - A Motorola G7 phone, Model XT1962-1;

25 │     - A 400GB Western Digital SATA hard drive, SN: WCAS80602129; and

26 │     - A 400GB Western Digital SATA hard drive, SN: WCAS80646757.

27 │

28 │

INDICTMENT - 3

1       If any of the property described above, as a result of any act or

2   omission of the Defendant:

3           a.    cannot be located upon the exercise of due diligence;

4           b.    has been transferred or sold to, or deposited with, a third party;

5           c.    has been placed beyond the jurisdiction of the Court;

6           d.    has been substantially diminished in value; or

7           e.    has been commingled with other property which cannot be

8               divided without difficulty,

9   the United States of America shall be entitled to forfeiture of substitute property

10   pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

11       DATED this _6_ day of June 2023.

12

13                               A TRUE BILL

14

15                               ███████████

16

17

18   *Vanessa Waldref*

19   Vanessa R. Waldref
     United States Attorney

20

21   *Ann T. Wick*

22   Ann T. Wick
23   Assistant United States Attorney

24

25

26

27

28

    INDICTMENT - 4